PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 23 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

United States of America            )
                                    )
vs                                  )
                                    )
Ellreese N. Daniels                 )            Case No. MJ 06-308

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Ellreese N. Daniels, have discussed with Kevin J. Crawford, Pretrial Services/Probation Officer, modification of my release as follows:

Adding the following conditions:

11. The defendant shall remain in the State of Washington while the case is pending. On a showing of necessity, the defendant may obtain permission from U.S. Probation to travel outside of Washington State.

12. The defendant shall abstain from the use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. If directed by the supervising probation officer, the defendant shall undergo a substance abuse evaluation and participate in treatment if indicated by this evaluation. Defendant shall submit to urinalysis and Breathalyser testing up to six times per month as directed by the supervising probation officer.

The modification is recommended based upon:

The defendant was cited on January 4, 2007 at approximately 1828 hours, in Grant County Washington for the offenses of possession of marijuana, possession of drug paraphernalia and open alcohol container in a vehicle. The above charges are pending in Grant County District Court. Hours before the defendant was cited for the above offenses, he was placed on pretrial supervision by the Court. The defendant has a prior arrest for driving under the influence which was dismissed after he completed a deferred prosecution program. The requested modifications will address increased danger and flight issues which are indicated as a result of the offender's new alleged criminal conduct.

I consent to this modification of my release conditions and agree to abide by this modification.

_Ellreese N. Daniels_   1-10-07    _[signature]_                          1-10-07
Signature of Defendant   Date      Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   1/18/07
Signature of Defense Counsel   Date

_Thomas J. Hopkins_   1/22/2007
Signature of Assistant U.S. Attorney   Date

[✓]   The above modification of conditions of release is ordered, to be effective on   Jan. 22, 2007

[ ]   The above modification of conditions of release is not ordered.

_____   /s/ USMJ      Jan. 22, 2007
Signature of Judicial Officer                        Date